# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cause No.: CR-19-18-GF-BMM |
| Plaintiff, | |
| vs. | **ORDER** |
| ISSAC SAENZ, | |
| Defendant. | |

UPON the Defendant's unopposed motion to seal, good cause appearing therefrom,

IT IS HEREBY ORDERED that Exhibits A-F of the Defendant's Brief in Support of Motion to Suppress are Sealed. The Clerk of Court is directed to file the exhibits under seal.

DATED this 9th day of September, 2019.


_____
Brian Morris
United States District Court Judge